**DISMISS; Opinion Filed February 7, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00604-CV

## IN THE INTEREST OF K.N.K. A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-17012-S**

## MEMORANDUM OPINION

Before Justices Moseley, Francis and Lang
Opinion by Justice Moseley

By letter dated May 8, 2012, we notifed appellant the $175 filing fee in this case was due.

We cautioned appellant that failure to file the fee within ten days would result in dismissal of the

appeal. By letter dated July 25, 2012, we informed appellant that the Dallas County Clerk's

Office had notified us that the clerk's record had not been filed in this case because appellant had

not paid the clerk's fee for the record. We directed appellant to, within ten days, file verification

of payment or written documentation that appellant is entitled to proceed without payment of

costs. We cautioned appellant that failure to file the required documentation might result in

dismissal of the appeal for want of prosecution. To date, appellant has not paid the filing fee,

provided verification that she has paid for the clerk's record, provided written documentation

that she is entitled to proceed without payment of costs, or otherwise corresponded with the

Court regarding the status of this appeal.

Therefore, we dismiss this appeal.  *See*  TEX. R. APP. P. 42.3(b),(c).


Jim Moseley
JIM MOSELEY
JUSTICE

120604F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE IN THE INTEREST OF K.N.K.
A MINOR CHILD

No. 05-12-00604-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 06-17012-S.
Opinion delivered by Justice Moseley.
Justices Francis and Lang participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

    It is **ORDERED** that appellee Nitin Khanna recover his costs of this appeal from appellant Tara Khanna.

Judgment entered this 7th day of February, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE